UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> v.<br><br>FERNANDO ROMERO BONILLA,<br><br>    Defendants. | Case No. 19-cr-00280-RS-3<br><br>**ORDER STAYING DEFENDANT'S RELEASE** |

The release order issued today by Magistrate Judge Beeler in connection with this matter is hereby stayed pending a further order of this Court.

**IT IS SO ORDERED**.

Dated: December 24, 2020

_____

RICHARD SEEBORG
United States District Judge