STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
ASEEM PADUKONE (CABN 298812)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/6401/7369
    Fax: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov
    Email:  aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM JANUARY 10, 2022 THROUGH MARCH 21, 2022; AND ORDER |
| v. | |
| ROGELIO BELLOSO ALEMAN, et al., | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for all defendants except for Fernando Romero Bonilla, that time be excluded under the Speedy Trial Act from January 10, 2022 through March 21, 2022.

The parties appeared before the district court for a status conference on January 10, 2022. This was the eleventh district court appearance before this Court in which all of the defendants' counsel or their representatives appeared.[1] Due to the ongoing public health emergency and the corresponding

---

[1] Defendant Reyes Melendez and/or his counsel individually appeared before the District Court at several other hearings before the return of the Superseding Indictment that charged the other

STIPULATION TO EXCLUDE TIME AND  ORDER
Case No. CR 19-0280 RS                                                                                      v. 7/10/2018

rules and procedures set forth in General Orders 72, 73, and 74, the hearing was conducted by Zoom videoconference without the defendants present. At the end of the hearing, the Court set a further status with all of the defendants' counsel on March 21, 2022, at 10:00 a.m., again via Zoom, and requested that the parties submit a proposed order regarding the exclusion of time under the Speedy Trial Act.

Because the discovery process is ongoing, the government and counsel for the defendants other than Romero Bonilla (who objects) agree that time should be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery and making arrangements to consult with their clients. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and as further stated on the record during court appearances, the parties stipulate and agree that time should be excluded under the Speedy Trial Act through March 21, 2022.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants listed below to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 14, 2022
/s/
ANDREW M. SCOBLE
ASEEM PADUKONE
Assistant United States Attorneys

DATED: March 14, 2022
/s/
GEORGE BOISSEAU
Counsel for Rogelio Belloso Aleman

DATED: March 14, 2022
/s/
PETER ARIAN
Counsel for Edwin Alvarado Amaya

DATED: March 14, 2022
/s/
KENNETH WINE
Counsel for Kenneth Campos

DATED:  March 14, 2022        /s/
BRIAN BERSON
Counsel for Evert Galdamez Cisneros

DATED:  March 14, 2022        /s/
JEFFREY BORNSTEIN, CAROLINE JACKSON
Counsel for Luis Velis Diaz

DATED:  March 14, 2022        /s/
ROBERT WAGGENER
Counsel for Kevin Reyes Melendez

DATED:  March 14, 2022        /s/
ADAM GASNER
Counsel for Elmer Rodriguez

DATED:  March 14, 2022        /s/
ED SWANSON
Counsel for Brigido Josue Gonzales Sales

DATED:  March 14, 2022        /s/
MARK VERMEULEN
Counsel for Kevin Ramirez Valencia

DATED:  March 14, 2022        /s/
DENA YOUNG
Counsel for Kevin Guatemala Zepeda

# ORDER

Based upon the facts set forth in the stipulation of the parties, except for Defendant Fernando Romero Bonilla (who objects to an exclusion), and for good cause shown, the Court finds that failing to exclude the time from January 10, 2022 through March 21, 2022 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court concludes that the ends of justice served by excluding the time from January 10, 2022 through March 21, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, with the consent of all parties except Defendant Romero Bonilla and notwithstanding the objection lodged by his counsel, IT IS HEREBY ORDERED that the time from January 10, 2022 through March 21, 2022 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv), for all defendants.

IT IS SO ORDERED.

DATED: March 14, 2022

_____
HON. RICHARD SEEBORG
Chief United States District Judge